| | |
|---|---|
| 1  SCOTT N. SCHOOLS, SC SBN 9990 | **E-filed 5/18/07** |
|    United States Attorney | |
| 2  JOANN M. SWANSON, CSBN 88143 | |
|    Assistant United States Attorney | |
| 3  Chief, Civil Division | |
|    ILA C. DEISS, NY SBN 3052909 | |
| 4  Assistant United States Attorney | |

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7
    Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BING SHEN, | ) | |
| | ) | No. C 07–0880 JF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO EXTEND DATE OF |
| ALBERTO GONZALES, Attorney General | ) | CASE MANAGEMENT CONFERENCE; |
| of the United States; | ) | AND [PROPOSED] ORDER |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO GONZALEZ, Director of United States | ) | |
| Citizenship and Immigration Services; | ) | |
| ROBERT MUELLER, Director of the | ) | |
| Federal Bureau of Investigation; | ) | |
| CHRISTINA POULOS, Acting Director | ) | |
| of the California Service Center, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, which is currently scheduled for May 18, 2007, in light of the following:

1. The plaintiff filed an action on February 12, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate her I-485 application.

2. The defendants have filed a motion to dismiss the action and the hearing on that motion is

1

scheduled for July 6, 2007.

3. Plaintiff's FBI name check has been completed. In order to allow sufficient time for the parties to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:    June 29, 2007

Case Management Conference:    July 6, 2007, at 10:30 a.m.

Dated: May 11, 2007                                Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                                _____/s/_____
                                                ILA C. DEISS
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Dated: May 11, 2007                                _____/s/_____
                                                TRICIA WANG
                                                Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to __7/6/07_____, at 10:30 a.m.

Dated:   5/18/07

                                                JEREMY FOGEL
                                                United States District Judge