**E-filed 5/29/07**

1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN JOSE DIVISION

| | |
|---|---|
| BING SHEN, | ) |
| | ) No. C 07–0880 JF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS AND** |
| ALBERTO GONZALES, Attorney General | ) **[PROPOSED] ORDER** |
| of the United States; | ) |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO GONZALEZ, Director of United States | ) |
| Citizenship and Immigration Services; | ) |
| ROBERT MUELLER, Director of the | ) |
| Federal Bureau of Investigation; | ) |
| CHRISTINA POULOS, Acting Director | ) |
| of the California Service Center, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

ADR Certification
C07-0880 JF                                              1

| | | |
|---|---|---|
| 1 | Date: May 22, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: May 22, 2007

/s/
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/29/07

JEREMY FOGEL
United States District Judge

ADR Certification
C07-0880 JF                                2